# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 09-2145

_____

General Parker,                                   *
                                                  *
          Appellant,                              *
                                                  *
     v.                                           *
                                                  *
Sakinah Parker; David Porter,                     *   Appeal from the United States
Individually and in his capacity as an            *   District Court for the
officer of the St. Louis County Police;           *   Eastern District of Missouri.
Unknown Kaemmerer, Individually and               *
in his capacity as an officer of the              *   [UNPUBLISHED]
St. Louis County Police; Unknown                  *
Lumato, Individually and in his                   *
capacity as an officer of the St. Louis           *
County Police; Unknown Bello,                     *
Individually and in his capacity as an            *
officer of the St. Louis County Police;           *
Shiela Whirley; St. Louis County                  *
Police; 21st Judicial Circuit of                  *
Missouri; Brian Dunlop; Jolease                   *
Marshall; Pam Rush; St. Louis County              *
Government,                                        *
                                                  *
          Appellees.                              *

_____

Submitted: March 19, 2010
Filed: March 26, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

General Parker appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action alleging violations of various constitutional rights arising from his divorce and custody dispute. Upon de novo review, see Goss v. City of Little Rock, 90 F.3d 306, 308 (8th Cir. 1996), we find no error in the district court's dismissal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.